FILED
CLERK, U.S. DISTRICT COURT

APR 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD HAWKINS, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ECOLAB, INC., a Delaware corporation; and DOES 1 through 20 inclusive,,<br><br>　　　　Defendant. | Case No. CV10-8915 SVW (JCGx)<br><br>ASSIGNED TO DISTRICT JUDGE<br>~~STEVEN V. WILSON~~ STEPHEN V. WILSON<br><br>[~~PROPOSED~~] ORDER ON STIPULATION DISMISSING ACTION WITH PREJUDICE<br><br>Complaint Filed:　August 19, 2010<br>Pre-Trial Conference:　April 25, 2011<br>Trial Date:　May 3, 2011 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

1  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-
2  captioned action, including all claims for relief set forth therein, shall be dismissed in
3  its entirety, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil
4  Procedure. Each party shall bear its own attorneys' fees and costs.

Dated: 4/25/11

HON. ~~STEVEN V. WILSON~~
STEPHEN V. WILSON

Firmwide:100697530.1 057118.1083

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2050 Main Street
Suite 900
Irvine, CA 92614
949.705.3000

2.